UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE MINICHINO,<br><br>    Plaintiff,<br><br>    v.<br><br>LEO LA ROSA, et al.,<br><br>    Defendants. | Case No. 24-cv-04048-LJC<br><br>**REPORT AND RECOMMENDATION FOR DISMISSAL**<br><br>Re: Dkt. Nos. 1, 5 |

The undersigned magistrate judge previously granted pro se Plaintiff Marie Minichino's application to proceed in forma pauperis, reviewed the sufficiency of Minichino's Complaint under 28 U.S.C. § 1915(e)(2)(B), and ordered Minichino to show cause why her Complaint should not be dismissed for lack of subject matter jurisdiction. ECF No. 5. Minichino's response was due August 22, 2024. *Id.* at 1, 7. That deadline has passed, and no response has been filed. Although the copy of the Order to Show Cause that the Clerk mailed to Minichino was returned with an indication that she no longer lived at the address provided, ECF No. 8,[1] a pro se plaintiff is responsible for providing Court with an accurate and current mailing address. Civ. L.R. 3-11; *Carey v. King*, 856 F.2d 1439, 1440–41 (9th Cir. 1988). The Clerk also sent the Order to Show Cause to Minichino by email and spoke to her by telephone, and Minichino indicated that she would file an amended complaint before the response deadline stated in the Order to Show Cause, which she failed to do. *See* Docket Remark (Aug. 15, 2024).

The undersigned therefore recommends that Minichino's Complaint (ECF No. 1) be DISMISSED for lack of subject matter jurisdiction for the reasons stated in the Order to Show Cause, without leave to amend in this Court but without prejudice to any claim that Minichino

---

[1] *See also* ECF No. 10 (Clerk's Notice Regarding Consent or Declination also returned as undeliverable).

1 might bring in a court of competent jurisdiction.

2 Because not all parties have appeared and consented to the jurisdiction of a magistrate 3 judge under 28 U.S.C. § 636(c), this case will be reassigned to a district judge for all further 4 proceedings, including action on the recommendation of this Report.  Minichino may file an 5 objection to this recommendation no later than September 16, 2024.  *See* Fed. R. Civ. P. 72(b)(2) 6 (allowing objections fourteen days after service of a report and recommendation); Fed. R. Civ. P. 7 6(d) (extending time after service by mail).

8 In addition to serving this Report by mail, the Clerk is directed to send a copy of this 9 Report to Minichino by email.

10 **IT IS SO ORDERED.**

11 Dated: August 28, 2024

_____
LISA J. CISNEROS
United States Magistrate Judge