UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE E MINICHINO,<br><br>    Plaintiff,<br><br>    v.<br><br>LEO LA ROSA, et al.,<br><br>    Defendants. | Case No. 24-cv-04048-JSC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Re: Dkt. No. 11 |

The court has reviewed Magistrate Judge Lisa J. Cisneros's Report and Recommendation recommending the dismissal of Plaintiff's Complaint. (Dkt. No. 11.)[1] Magistrate Judge Cisneros reviewed Plaintiff's Complaint and ordered Plaintiff to show cause why her Complaint should not be dismissed for lack of subject matter jurisdiction but received no response from Plaintiff. (Dkt. No. 5.) Magistrate Judge Cisneros's order was returned as undeliverable when mailed to Plaintiff's address as indicated on her Complaint. The Court Room Deputy spoke with Plaintiff on August 15, 2024 regarding the mail that was returned and informed Plaintiff of the deadline to file an amended complaint. The Court again attempted to mail Plaintiff documents that were returned as undeliverable. (Dkt. No. 10.) On September 6, 2024, and after Plaintiff requested an extension of time to file an amended complaint, the Court mailed Plaintiff the order granting her request and emailed the same to her. (Dkt. No. 19.) The deadline for Plaintiff to amend her complaint was September 26, 2024. (Dkt. No. 18.) Plaintiff has not filed an amended complaint or otherwise communicated with the Court.

    Having reviewed the matter de novo, the Court ADOPTS the Report and

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

Recommendation in its entirety, including the recommendation the Complaint be dismissed without prejudice for lack of subject matter jurisdiction.

This Order disposes of Docket No. 11.

**IT IS SO ORDERED.**

Dated: October 8, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge